NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 09a0204n.06
Filed: March 17, 2009

No. 06-5668

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COLLIS PAUL LANCASTER, JR., | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

_____

Before: MOORE and GRIFFIN, Circuit Judges; McKINLEY, District Judge.*

This case returns to us by order of the Supreme Court, *Lancaster v. United States*, — U.S. — , 129 S. Ct. 991 (2009), for reconsideration in light of *Chambers v. United States*, 555 U.S. — , 129 S. Ct. 687 (2009). We REMAND to the district court for reconsideration and further proceedings necessary in light of *Chambers*.

ENTERED BY ORDER OF THE COURT

_____

Leonard Green, Clerk

_____

*The Honorable Joseph H. McKinley, Jr., United States District Judge for the Western District of Kentucky, sitting by designation.